IN THE SUPREME COURT OF TEXAS

 No. 10-1011

 IN RE SARAH KOVICH

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's agreed emergency motion for temporary relief, filed
December 13, 2010, is granted. The December 16, 2010 trial setting in
Cause No. 10-16367-R, styled In the Interest of P.J. and N.J.K., Minor
Children, in the 254th District Court of Dallas County, Texas, is stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 14, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk